UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANTHONY C. GUARINO<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BANK OF AMERICA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. _____<br>)<br>)<br>)<br>) |

## DEFENDANT'S PETITION FOR REMOVAL

In accordance with 28 U.S.C. §§1331, 1441 and 1446, the Defendant, Bank of America, hereby petitions this Court to remove the above-captioned action of the Plaintiff, Anthony C. Guarino, from the Boston Municipal Court of the Massachusetts Trial Court, Suffolk County, to the United States District Court for the Eastern District of Massachusetts. As grounds for removal, the Defendant states as follows:

　　1.　　On or about March 14, 2007, the Plaintiff commenced a civil action against the Defendant by filing a nine (9) count Complaint in the Central Division of the Boston Municipal Court of the Massachusetts Trial Court, entitled *Guarino v. Bank of America,* Civil Action No. 0701CV001408 ("the State Court Action"). Copies of all process, pleadings and orders served on the Defendant in the State Court Action are attached hereto as Exhibit "1."

　　2.　　The Plaintiff seeks damages against the Defendant for, *inter alia*, invasion of privacy (Count I), intentional infliction of emotional distress (Count II), negligent infliction of emotional distress (Count III), violation of the Federal Fair Credit Reporting Act, 15 U.S.C.

4193030v1

§1681, *et seq.* (Count IV), violations of Mass. Gen. Law. Ch. 93, §49 (Counts V-VII), failure to respond to the Plaintiff's Mass. Gen. Law. Ch. 93A demand letter (Count VIII), and breach of contract (Count IX).

3. On or about March 14, 2007, Plaintiff served a copy of the Complaint on Defendant via certified mail/return receipt, although the Defendant's legal department did not receive a copy of the Complaint until March 23, 2007.

4. As required by 28 U.S.C. §1446(b), this Petition is filed within thirty (30) days after service of process which at the earliest would have occurred on March 14, 2007. Notwithstanding the actual date of service, at a minimum, the Defendant has until April 13, 2007 to file this Petition.

5. This action is one over which the Court has original jurisdiction pursuant to 28 U.S.C. §1331, and one that may be removed to this Court pursuant to 28 U.S.C. §1441(b), because the Complaint is based upon the Defendant's alleged violations of the Federal Fair Credit Reporting Act. *See* Complaint ("Compl.") ¶20, at Ex. 1 ("such actions as committed by defendant's agents ... as alleged in paragraphs 1-18 of plaintiff's Complaint [Counts I-III] is (sic) in violation of the Federal Fair Credit Reporting Act").

6. Similarly, the allegations that the Defendant violated Mass. Gen. Laws Chapter 93 are also based upon its supposed violations of federal statute, the Fair Credit Reporting Act. *See* Compl. ¶¶24, 28, 32, at Ex. 1 ("such violations of the Federal Fair Credit Reporting Act constitute a *Per Se* violation of MGL Chapter 93, Sec. 49..."). Accordingly, this action arises out of the federal question of whether the Defendant's alleged conduct violated the Fair Credit Reporting Act, and the matter should be removed under Federal question jurisdiction to the United States District Court for the Eastern District of Massachusetts.

4193030v1

-3-

7.  In accordance with Local Rule 81.1(a), the Defendant will file certified or attested copies of all records and proceedings in the State Court Action and certified or attested copies of all docket entries therein, including a copy of this Petition for Removal, with this Court within thirty (30) days after filing this Petition.

8.  In accordance with 28 U.S.C. § 1446(d), a copy of this Petition for Removal and a Notice of Removal will be promptly served upon the Plaintiff and filed with the Central Division of the Boston Municipal Court.

WHEREFORE, the Defendant, Bank of America, respectfully requests that the State Court Action be removed to the United States District Court for the Eastern District of Massachusetts.

> BANK OF AMERICA
>
> By its attorneys,
>
> _____
> E. Macey Russell (BBO #542371)
> Christopher A. Edwards (BBO #640758)
> Choate, Hall & Stewart LLP
> Two International Place
> Boston, MA 02110
> Tel.: (617) 248-5000

Dated: April 13, 2007

## CERTIFICATE OF SERVICE

I, Christopher A. Edwards, attorney for the Defendant, Bank of America hereby certify that on April 13, 2007, I caused a copy of the Petition for Removal to be served by first-class mail, postage pre-paid and certified mail return receipt requested upon Mr. Anthony Guarino, 10 Running Brook Road, West Roxbury, MA 02132.

_____
Christopher A. Edwards

Dated: April 13, 2007