UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY C. GUARINO<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  ACTION NO. 07-CV-10717 (RCL)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF MATTER REMOVED FROM BOSTON MUNICIPAL COURT

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Anthony Guarino, and the Defendant, Bank of America, agree to the dismissal <u>with prejudice</u> and without costs to either party of the case removed by the Defendant under 28 U.S.C. Section 1446 from the Boston Municipal Court to this Court.

Dated: 5/2/07

Dated: 4/21/07

BANK OF AMERICA, N.A. (USA)
By its attorneys,

_____
E. Macey Russell, P.C. (BBO #542371)
Christopher A. Edwards (BBO #640758)
Choate, Hall & Stewart, LLP
Two International Place
Boston, Massachusetts 02110
Tel: (617) 248-5000

_____
Anthony C. Guarino, *Pro Se*
10 Running Road
West Roxbury, MA 02132

1

4197515v1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to Anthony C. Guarino, *Pro Se*, 10 Running Road, West Roxbury, MA 02132, a non registered participant, on May 2, 2007.

_____
Christopher A. Edwards